[No. 8576–0–I.   Division One.   August 31, 1981.]

ROBERT THON, *Appellant,* v. COMMONWEALTH
REALTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 57876, Jack S. Kurtz, J., entered
March 7, 1980. *Affirmed* by unpublished opinion per Ring-

old, A.C.J., concurred in by Williams and Andersen, JJ.